
THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER RICHARD CHAPIN,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, MICROSOFT CORPORATION, and the MICROSOFT CORPORATION WELFARE PLAN,<br><br>    Defendant. | No. 2:19-cv-01256-RAJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER** |

    This is before the Court on Defendant's motion to modify the scheduling order. Dkt. # 38. Defendant requests that the dispositive motions deadline be extended by two weeks to May 12, 2020. Having reviewed Defendant's motion and the remainder of the record, the Court finds there is "good cause" to justify modifying the scheduling order. *Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 607-608 (9th Cir. 1992). However, the Court does not believe that a two-week extension is warranted. Accordingly, the dispositive motions deadline is extended to **May 8, 2020**. All other

ORDER - 1

1 | deadlines remain intact.  Defendant's motion to modify the scheduling order is
2 | **GRANTED**.  Dkt. # 38.
3 | Dated this 24th day of April, 2020.

_____

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2