HON. JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTOPHER RICHARD CHAPIN,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, MICROSOFT CORPORATION, and the MICROSOFT CORPORATION WELFARE PLAN,<br><br>Defendants. | No. 2:19-cv-01256-RAJ<br><br>DECLARATION OF CHRISTOPHER RICHARD CHAPIN |

CHRISTOPHER RICHARD CHAPIN makes the following declaration based on personal knowledge:

1. I am over 18 years of age. I am competent to testify. The facts contained in this Declaration are based on my personal knowledge, unless stated otherwise.

2. I am the plaintiff in this matter.

3. Because I was not receiving my normal wages from Microsoft and received no disability insurance payments from Prudential to replace my job income, my family was forced to liquidate just over $15,000 from our retirement savings to pay taxes in 2019.

DECLARATION OF CHRISTOPHER
RICHARD CHAPIN
(No. 2:19-cv-01256) - 1

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

4.     As an additional result of the lack of my normal job wages and disability insurance benefits, my family was not able to make our normal contributions to our IRA and SEP accounts in 2018 and 2019. My family had to transfer a total of $22,858 from our brokerage accounts to our IRA and SEP accounts for tax years 2019 and 2019.

5.     Had I received disability benefits from Prudential at the time, my family would have been able to make these contributions without having to remove assets from other retirement accounts.

6.     My family's investment portfolio has returned 11.61 percent annually during the period October 9, 2018 through March 24, 2021.

**I declare under penalty of perjury of the laws of the State of Washington and the laws of the United States of America that the foregoing is true and correct.**

Dated this __11__ day of __April__, 2021 at __Redmond__, Washington.

*Christopher Richard Chapin*
Christopher Richard Chapin (Apr 11, 2021 21:34 PDT)
CHRISTOPHER RICHARD CHAPIN

DECLARATION OF CHRISTOPHER
RICHARD CHAPIN
(No. 2:19-cv-01256) - 2

**Ruiz & Smart PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702