HON. JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTOPHER RICHARD CHAPIN,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, MICROSOFT CORPORATION, and the MICROSOFT CORPORATION WELFARE PLAN,<br><br>Defendants. | No. 2:19-cv-01256<br><br>REPLY DECLARATION OF MCKEAN J. EVANS IN SUPPORT OF CHAPIN'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND INTEREST |

MCKEAN J. EVANS makes the following declaration based on personal knowledge:

1. I am over 18 years of age. I am competent to testify. The facts contained in this Declaration are based on my personal knowledge, unless stated otherwise.

2. I am the attorney representing Plaintiff Chapin in this matter.

3. Attached hereto as Exhibit A is the April 28, 2021 Order Granting Plaintiffs' Motion and Declaration for Attorneys' Fees, *Kukoleca v. All New Again LLC*, Case No. 20-2-16267-1 SEA (King Cty. Super. Ct.).

REPLY DECLARATION OF MCKEAN J. EVANS IN SUPPORT OF CHAPIN'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND INTEREST (No. 2:19-cv-01256) - 1

Ruiz & Smart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

4.  I incurred 8.2 hours preparing the reply brief in support of Chapin's Motion for Award of Attorneys' Fees, Costs, and Expenses. This time is memorialized in contemporaneous electronic time records and is reflected in Exhibit B hereto.

**I declare under penalty of perjury of the laws of the State of Washington and the laws of the United States of America that the foregoing is true and correct.**

Dated April 30, 2021, at Seattle, Washington.

<u>s/ McKean J. Evans</u>
MCKEAN J. EVANS

REPLY DECLARATION OF MCKEAN J. EVANS IN SUPPORT OF CHAPIN'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND INTEREST
(No. 2:19-cv-01256) - 2

R‍uiz & S‍mart PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

# EXHIBIT A

THE HON. BRIAN MCDONALD
Noted for decision: April 29, 2021
Without oral argument

**SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY**

DALIBOR KUKOLECA and
GWENDOLYN KUKOLECA,

    Plaintiffs,

v.

ALL NEW AGAIN LLC, a Washington limited liability company,

    Defendant.

No. 20-2-16267-1 SEA

ORDER GRANTING PLAINTIFFS' MOTION AND DECLARATION FOR ATTORNEYS' FEES

THIS MATTER having come on duly and regularly before the Court upon Plaintiffs' Motion and Affidavit for an Award of Attorneys' fees from Defendant All New Again, LLC ("ANA"). The Court having reviewed the motion, ANA's response, Plaintiffs' reply, the pleadings and records herein, and otherwise being duly informed in the premises; now, therefore, it is hereby

ORDERED, ADJUGED, AND DECREED that:

1.     Plaintiffs motion to compel is GRANTED;

2.     The Court finds that Plaintiffs reasonably incurred 4.5 hours of attorney time in connection with bringing their motion to compel discovery and preparing their fee motion.

ORDER GRANTING PLAINTIFFS'
MOTION AND DECLARATION FOR
ATTORNEYS' FEES No. 20-2-16267-1 SEA
(No. ) - 1

**Ruiz & Smart PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

3. The Court finds that Plaintiffs reasonably incurred an additional 1.2 hours of attorney time in preparing their reply brief in support of their fee motion.

4. The Court finds that Plaintiffs reasonably incurred $64.98 in costs in connection with the above.

5. The Court finds that the hourly rate of $475 is reasonable in light of Attorney McKean J. Evans' qualifications, skill and experience.

6. The Court awards attorneys' fees and costs to the Plaintiffs in the amount of $2772.48.

7. ANA shall pay the fee and cost award to Plaintiffs' counsel within seven days.

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
The Honorable Brian McDonald
King County Superior Court Judge

ORDER GRANTING PLAINTIFFS'
MOTION AND DECLARATION FOR
ATTORNEYS' FEES No. 20-2-16267-1 SEA
(No. ) - 2

RUIZ & SMART PLLC
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

# King County Superior Court
## Judicial Electronic Signature Page

Case Number: 20-2-16267-1
Case Title: KUKOLECA vs ALL NEW AGAIN

Document Title: ORDER

Signed By: Brian McDonald
Date: April 28, 2021

_____
Judge:        Brian McDonald

This document is signed in accordance with the provisions in GR 30.

Certificate Hash: EB2FC2BCB5DEBEA152D5B8D72B65DAFD8D8A64C1
Certificate effective date: 9/9/2019 6:12:37 PM
Certificate expiry date: 9/9/2024 6:12:37 PM
Certificate Issued by: C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Brian McDonald: ylMMEpRJ6RGYICi3jC1lQQ=="

Page 3 of 3

# EXHIBIT B

| Date | Time-keeper | Rate | Hours | Value | Description |
|---|---|---|---|---|---|
| 04/27/21 | McKean J. Evans | 475.00 | 0.80 | $380.00 | Outline reply re fee petition |
| 04/27/21 | McKean J. Evans | 475.00 | 1.10 | $522.50 | Review opposition to fee petition |
| 04/28/21 | McKean J. Evans | 475.00 | 3.40 | $1,615.00 | draft reply re fee motion |
| 04/30/21 | McKean J. Evans | 475.00 | 2.90 | $1,377.50 | Draft reply brief re fee petition |
| **TOTAL** | | | 8.20 | $3,895.00 | |