HON. JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTOPHER RICHARD CHAPIN,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, MICROSOFT CORPORATION, and the MICROSOFT CORPORATION WELFARE PLAN,<br><br>    Defendants. | No. 2:19-cv-01256<br><br>DECLARATION OF MCKEAN J. EVANS IN SUPPORT OF CHAPIN'S OPPOSITION TO PRUDENTIAL'S MOTION FOR AMENDED OR ADDITIONAL FINDINGS AND TO ALTER OR AMEND JUDGMENT |

MCKEAN J. EVANS makes the following declaration based on personal knowledge:

1.  I am over 18 years of age. I am competent to testify. The facts contained in this Declaration are based on my personal knowledge, unless stated otherwise.

2.  I am the attorney representing Plaintiff Chapin in this matter.

3.  Attached hereto as Exhibit A are Prudential's Fed. R. Civ. P. 26(a)(1) initial disclosures in this lawsuit.

**I declare under penalty of perjury of the laws of the State of Washington and the laws of the United States of America that the foregoing is true and correct.**

Dated May 3, 2021, at Seattle, Washington.

**Ruiz & Smart PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1

2
    *s/ McKean J. Evans*
3
    MCKEAN J. EVANS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**RUIZ & SMART PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER RICHARD CHAPIN,

        Plaintiff,

        v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, MICROSOFT
CORPORATION, and the MICROSOFT
CORPORATION WELFARE PLAN,

        Defendants.

Civil Action No. 2:19-cv-01256

DEFENDANT PRUDENTIAL'S RULE
26(A)(1) INITIAL DISCLOSURES

        Defendant, The Prudential Insurance Company of America ("Prudential"), by and

through its undersigned counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil

Procedure, submits the following Initial Disclosures:

        This case involves, in part, a claim brought pursuant to the Employee Retirement Income

Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*, for long-term disability benefits under the

Microsoft Corporation Welfare Plan. As to that claim, Prudential asserts that the parties are not

entitled to any discovery beyond the confines of the administrative record, which Prudential will

disclose to Plaintiff. Further, Prudential objects to providing these disclosures as to claims that

are exempt from the requirement of initial disclosures, and Prudential provides these disclosures

subject to and without waiving that objection. The parties have not agreed to any discovery

beyond the administrative record with respect to Plaintiff claim for long-term disability benefits,

DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES - 1

SEYFARTH SHAW LLP
233 SOUTH WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000

59188888v.4

1   and the Court has not ordered any such discovery.  Prudential reserves the right to supplement

2   these disclosures in the event that the parties agree to discovery beyond the administrative

3   record, or the Court orders such discovery.

4        Plaintiff has also brought a state common law claim for negligence against Prudential

5   relating to Prudential's administration of Plaintiff's claim for short-term disability ("STD")

6   benefits under Microsoft Corporation's Short-Term Disability Policy (the "STD Policy").

7   Prudential provides these disclosures solely for Plaintiff's negligence claim relating to his STD

8   benefits. By providing any information pursuant to any provision of FED. R. CIV. P. 26(a)(1),

9   Prudential does not concede the materiality of the subject to which it refers.  Prudential's initial

10  disclosures are made expressly subject to, and without waiving or intending to waive, any

11  questions or objections as to the competency, relevancy, materiality, privilege, or admissibility as

12  evidence or for any other purpose, of any of the information produced or identified in any

13  proceeding including the trial of this action or any subsequent proceeding.  By identifying

14  categories of documents or information, Prudential in no way waives or intends to waive any

15  privilege that may apply to any document or item of information within those categories.

16       Prudential's investigation of the claims, potential counterclaims, and defenses in this

17  matter is continuing. Prudential therefore reserves the right to supplement these disclosures at a

18  future date. Prudential also reserves the right to use at trial witnesses and/or documents not

19  identified herein but subsequently identified during discovery.

20  **A.    Persons With Knowledge**

21       At this time, all persons likely to have discoverable information that Prudential may use

22  to support its claims and defenses relating to Plaintiff's ERISA claim for LTD benefits are

23  contained in the administrative record of Plaintiff's claim for LTD benefits, which Prudential

24  will produce to Plaintiff. Investigation continues. Prudential reserves the right to rely upon any

25  witnesses identified by the other parties in their disclosures.

26

DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES - 2

SEYFARTH SHAW LLP
233 SOUTH WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000

1  The following individuals, in addition to Plaintiff and anyone listed in Plaintiff's Rule

2  26(a) Initial Disclosures, are likely to have discoverable information that Prudential may use to

3  support its defenses to Plaintiff's claim for negligence relating to Prudential's administration of

4  Plaintiff's STD claim, excluding evidence solely for impeachment:

5
6
1.   Alicia Richardson, Disability Claims Manager, Prudential, may have knowledge
     of facts related to Plaintiff's STD claim, Prudential's claim handling, and the
     applicable terms of the Group Contract G-43994-WA.

7
8
2.   Peggy Perez, Appeals Analyst, Prudential, may have knowledge of facts related to
     Plaintiff's STD appeal, Prudential's appeal handling, and the applicable terms of
     the Group Contract G-43994-WA.

9
10
3.   Jacqueline Lopez, Team Lead, Claims, Prudential, may have knowledge of facts
     related to Plaintiff's STD claim, Prudential's claim handling, and the applicable
     terms of the Group Contract G-43994-WA.

11
12
4.   Kimberly Cyr, Complex Senior Appeal Specialist, Prudential, may have
     knowledge of facts related to Plaintiff's STD appeal, Prudential's appeal
     handling, and the applicable terms of the Group Contract G-43994-WA.

13
5.   Venus Thompson, R.N., Clinician, Prudential, may have knowledge of facts
     related to Plaintiff's alleged medical conditions and Prudential's evaluation of the
     same.

14
15
6.   Susan Kelley, R.N., Clinician, Prudential, may have knowledge of facts related to
     Plaintiff's alleged medical conditions and Prudential's evaluation of the same.

16
17
18
7.   Jeremy B. Hertza, Psy.D., may have knowledge of facts related to Plaintiff's
     alleged medical conditions and whether Plaintiff has any medically necessary
     restrictions or limitations as a result of the same. Dr. Hertza may be contacted
     through Exam Coordinators Network (ECN), 6111 Broken Sound Parkway NW,
     Suite 207, Boca Raton, FL 33487, 561-922-5200.

19
20
8.   Margaret "Lisa" Frank, M.D., may have knowledge of facts related to Plaintiff's
     alleged medical conditions and whether Plaintiff has any medically necessary
     restrictions or limitations as a result of the same. Dr. Frank may be contacted
     through R3 Continuum, 7825 Washington Ave. S., Suite 500, Bloomington, MN
     55439 952-927-0184.

21
22
9.   Wallace Hodges, M.D., may have knowledge of facts related to Plaintiff's alleged
     medical conditions. Dr. Hodge's last known address is Better Internal Medicine,
     901 Boren Ave. #615, Seattle, WA, 98104, 206-467-1457.

23
24
10.  Robert B. Olsen, M.D., may have knowledge of facts related to Plaintiff's alleged
     medical conditions. Dr. Olsen's last known address is Robert B. Olsen, M.D.,
     Inc., 901 Boren Ave. #615, Seattle, WA 98104, 206-622-5455.

25
26
11.  Diane Schachter, LMFT, may have knowledge of facts related to Plaintiff's
     alleged medical conditions. Ms. Schachter's last known address is 1300 114th
     Ave. SE, #104, Bellevue, WA 98004, 425-635-0589.

DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES - 3

SEYFARTH SHAW LLP
233 SOUTH WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000

59188888v.4

12.    Clinicians at Naturopathic Psychiatry may have knowledge of facts related to Plaintiff's alleged medical conditions. Naturopathic Psychiatry's last known address is, 12025 115th Ave. NE, Building D, Suite 200, Kirkland, WA 98034, 425-821-1810.

13.    Clinicians at The Evergreen Clinic may have knowledge of facts related to Plaintiff's alleged medical conditions. The Evergreen Clinic's last known address is, 12025 115th Ave. NE, Building D, Suite 200, Kirkland, WA 98034, 425-821-1810.

14.    Radka Chapin, Plaintiff's wife, may have knowledge of facts related to Plaintiff's medical conditions and income. Mrs. Chapin's last known address is 13720 NE 7lst Place, Redmond, WA 98052.

The Prudential employees listed above may be contacted only through Prudential's counsel.

In addition to the individuals listed above, any individuals identified in materials exchanged during discovery may have discoverable information as to the subjects referenced in those materials. Investigation continues.

**B.    Relevant Documents**

As to Plaintiff's ERISA claim for LTD benefits, at this time, all documents that Prudential has in its possession, custody, or control and that Prudential may use to support its claims or defenses are contained in the administrative record, which Prudential will produce to Plaintiff.  Investigation continues.  Prudential reserves the right to rely upon any documents identified by the other parties in their disclosures.

As to Plaintiff's negligence claim relating to STD benefits, without waiving any objections to the production of the following documents, including objections based on any privilege, Prudential identifies the following categories of documents it may use to support its defenses (other than solely for impeachment).

**Documents**

1.    The claim file for Plaintiff's claim for Short-Term Disability Benefits and Long-Term Disability Benefits under Group Contract G-43994-WA;

2.    Group Contract G-43994-WA and related documents;

DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES - 4

SEYFARTH SHAW LLP
233 SOUTH WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000

1

2

3   3.      Plaintiff's medical records, in the possession of his providers or Plaintiff himself;

4   4.      Plaintiff's tax returns and other documents showing his earnings;

5   5.      Any documents in Plaintiff's possession, custody or control showing his
            activities, including work activities, during the period of alleged disability;

6   6.      Any documents exchanged in discovery; and

7   7.      Any documents identified in Plaintiff's Rule 26(a)(1) initial disclosures.

**C.   Damages**

Prudential is not seeking damages at this time. Prudential reserves the right to seek its costs and/or reasonable attorney's fees consistent with the Federal Rules of Civil Procedure and applicable law in the event it prevails. Investigation continues.

**D.   Insurance Agreements**

Prudential does not maintain an insurance policy that may be used to satisfy part or all of a judgment which may be entered in this action, or to indemnify or reimburse Prudential for payments made to satisfy the judgment.

DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES - 5

SEYFARTH SHAW LLP
233 SOUTH WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000

59188888v.4

1    DATED:  September 27, 2019                Respectfully submitted,

2                                              SEYFARTH SHAW LLP

3

4                                              By: */s/ Shelley R. Hebert*
                                                   Amanda A. Sonneborn (admitted *pro hac*
5                                                  *vice*)
                                                   asonneborn@seyfarth.com
6                                                  Shelley R. Hebert (admitted *pro hac vice*)
                                                   shebert@seyfarth.com
7                                                  SEYFARTH SHAW LLP
                                                   233 South Wacker Drive
8                                                  Suite 8000
                                                   Chicago, Illinois 60606-6448
9                                                  Telephone:      (312) 460-5000
                                                   Facsimile:      (312) 460-7000
10
                                                   Per Jansen
11                                                 jansenp@lanepowell.com
                                                   D. Michael Reilly
12                                                 reillym@lanepowell.com
                                                   LANE POWELL, P.C.
13                                                 1420 Fifth Avenue, Suite 4200
                                                   P.O. Box 91302
14                                                 Seattle, WA 98111-9402
                                                   PH: 206-223-7000
15                                                 FAX: 206-203-7107

16                                                 *Attorneys for Defendant*

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES - 6

SEYFARTH SHAW LLP
233 SOUTH WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000

59188888v.4

1

**CERTIFICATE OF SERVICE**

2
Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the

3
laws of the state of Washington and the United States, that on the 27th day of September, 2019,

4
she caused a copy of the foregoing RULE 26(a)(1) INITIAL DISCLOSURES to be served upon

5
all counsel of record via U.S Mail, postage pre-paid, and electronic mail:

6

McKean J. Evans

7
Isaac Ruiz
Plaintiff Litigation Group, PLLC

8
95 S. Jackson Street, Suite 100
Seattle, WA  98104

9
Tel. 206-203-9100
Fax 206-785-1702

10
mevans@plaintifflit.com

11
iruiz@plaintifflit.com

12
Rebecca J Francis
Davis Wright Tremaine

13
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610

14
Tel. 206-622-3150
Fax: 206-757-7700

15
RebeccaFrancis@dwt.com

16

_/s/ Shelley R. Hebert_

17
Shelley R. Hebert

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 1

SEYFARTH SHAW LLP
233 SOUTH WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000

59188888v.4