The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CHRISTOPHER RICHARD CHAPIN,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, MICROSOFT
CORPORATION, and the MICROSOFT
CORPORATION WELFARE PLAN,

Defendants.

Case No. 2:19-CV-01256-RAJ

**JOINT NOTICE OF SETTLEMENT
AND REQUEST TO STAY ALL
DEADLINES**

Plaintiff, Christopher Richard Chapin, and Defendant, The Prudential Insurance Company of America (collectively "the Parties"), by and through their undersigned counsel, submit this joint notice of settlement and request for stay of all pending deadlines, and state the following:

1.      On May 5, 2021, the Parties reached a settlement.

2.      The Parties anticipate that they will soon be prepared to file a Joint Stipulation of Dismissal with Prejudice.

3.      The Parties request that the Court stay for thirty (30) days all deadlines in this action, including, but not limited to, Prudential's May 7, 2021 deadline to file its reply in support of its Motion for Amended or Additional Findings Pursuant to Federal Rule of Civil Procedure 52(b) and to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e).

JOINT NOTICE OF SETTLEMENT AND
REQUEST TO STAY ALL DEADLINES - 1
Case No. 2:19-CV-01256-RAJ

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

119219.0041/8437452.1

4. This request is made in good faith and not for the purposes of causing unwarranted delay.

WHEREFORE, the Parties jointly submit this notice of settlement and request this court enter an order to stay for thirty days (30) all deadlines pending the filing of the Joint Stipulation of Dismissal with Prejudice.

DATED:  May 7, 2021

RUIZ & SMART PLLC

By: /s/McKean J. Evans (approval via email)
McKean J. Evans, WSBA No. 52750
mevans@ruizandsmart.com
Isaac Ruiz, WSBA No. 35237
iruiz@ruizandsmart.com
1200 Fifth Avenue, Suite 1220
Seattle, WA  98101
Telephone: (206) 203-9100
Facsimile:  (206) 785-1702

Attorneys for Plaintiff

Respectfully submitted,

LANE POWELL, P.C.

By: /s/ Sean D. Jackson
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
Per D. Jansen, WSBA No. 49966
jansenp@lanepowell.com
Sean D. Jackson, WSBA No. 33615
jacksons@lanepowell.com
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone:  (206) 223-7000
Facsimile:   (206) 203-7107

Ian H. Morrison (*pro hac vice*)
imorrison@seyfarth.com
Shelley R. Hebert (*pro hac vice*)
shebert@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

JOINT NOTICE OF SETTLEMENT AND
REQUEST TO STAY ALL DEADLINES - 2
Case No. 2:19-CV-01256-RAJ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

119219.0041/8437452.1